GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
EDITH S. SHEA, State Bar No. 177578
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037
E-Mail: dmaguire@galtonhelm.com
E-Mail: eshea@galtonhelm.com

Attorneys for Defendant and Cross-complainant The Guardian Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKIE D. GORGONE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CASE NO. C 05-01087 SI<br><br>**STIPULATION AND [PROPOSED] ORDER** |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Cross-Complainant,<br><br>vs.<br><br>VICKIE D. GORGONE,<br><br>    Cross-Defendant. | |

///
///
///
///
///
///

5217 / 89669.1

Case No. C 05-01087 SI
STIPULATION AND [PROPOSED] ORDER

1    Plaintiff Vickie D. Gorgone ("Gorgone") and Defendant and Cross-
2 Complainant The Guardian Insurance Company of America ("Guardian") hereby
3 stipulate and agree as follows.

5    The Court scheduled February 10, 2006 as the motion hearing date and
6 ordered that mediations be completed by November 24, 2005.

8    The parties request that the scheduled dates be continued for two weeks.  (The
9 parties have not previously requested any extension of these dates.)  This
10 continuance is requested because the parties have conferred with the mediator and
11 the earliest date on which all parties and counsel and the mediator are available is
12 December 5, 2005 and the parties have scheduled a mediation for that day, pending
13 approval of this stipulation by this Court.  The parties seek to extend the schedule by
14 two weeks to allow sufficient time to conduct the mediation and to avoid
15 preparation of motions for summary judgment until after the parties have had the
16 opportunity to attempt to resolve this matter via mediation.
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

Wherefore, the parties request that the dates scheduled in this action be continued as follows:

Mediation cut-off date of November 24, 2005 to <u>December 8, 2005</u>

Motion hearing date February 10, 2006 to <u>February 24, 2006</u>.

DATED: November 9, 2005   JENNY, JENNY & JENNY
SCOTT E. JENNY
KRISTIN L. JENNY


By: <u>/s/ Kristin L. Jenny</u>
KRISTIN L. JENNY
Attorneys for Plaintiff Vickie D. Gorgone

DATED: November 15, 2005   GALTON & HELM LLP
DANIEL W. MAGUIRE
EDITH S. SHEA


By: <u>/s/ Edith S. Shea</u>
EDITH S. SHEA
Attorneys for Defendant and Cross-complainant The Guardian Life Insurance Company of America

**O R D E R**

March 3

IT IS SO ORDERED. The motion hearing date is F~~ebruary 24, 2~~006 and mediation must be completed by December 8, 2005

DATED: _____   _____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Susan Illston

5217 / 89669.1

Case No. C 05-01087 SI
STIPULATION AND [PROPOSED] ORDER