GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
EDITH S. SHEA, State Bar No. 177578
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037
E-Mail: dmaguire@galtonhelm.com
E-Mail: eshea@galtonhelm.com

Attorneys for Defendant and Cross-complainant The Guardian Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKIE D. GORGONE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Cross-Complainant,<br><br>vs.<br><br>VICKIE D. GORGONE,<br><br>    Cross-Defendant. | CASE NO. C 05-01087 SI<br><br>**STIPULATION AND [PROPOSED] ORDER** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5217 / 92280.1

Case No. C 05-01087 SI
STIPULATION AND [PROPOSED] ORDER

Plaintiff Vickie D. Gorgone ("Gorgone") and Defendant and Cross-Complainant The Guardian Life Insurance Company of America ("Guardian") hereby stipulate and request a continuance of the motion hearing date currently scheduled in this case. For the reasons set forth below, the parties submit that good cause exists for the continuance requested.

This action is governed by ERISA and arises from an employee benefit plan, which is funded in part by a policy issued by Guardian which provides certain health insurance benefits. The Court has scheduled a motion hearing date of <u>March 3, 2006</u>. Based on that hearing date, the parties' motions for summary judgment would have to be filed no later than <u>January 24, 2006</u>.

The dispute between the parties arises from the denial of certain claims submitted by Gorgone for treatment rendered in 2002 and 2003. The parties had a mediation on December 5, 2005 and discovered during the mediation that there are additional claims arising from treatment rendered in 2003 which are not part of the administrative record. The parties therefore request that the Court extend the motion hearing date in this case by one hundred and twenty days to allow sufficient time to have the administrator consider the additional claims and to augment the administrative record to include those claims, if they are denied.

This continuance would allow the parties to include all disputed claims in the administrative record and to obtain a final resolution of this matter, by having the Court render a decision as to whether the administrator's decision on all of Plaintiff's claims should be upheld or overturned. (Plaintiff is no longer employed by the policyholder, so a resolution after the continuance and augmentation of the administrative record would constitute a final resolution of all disputes between the parties relating to this coverage.)

Wherefore, the parties request that the motion hearing date of March 3, 2006 be continued to June 30, 2006. One prior two week continuance was requested to accommodate the scheduling of a mediation and that continuance was granted.

DATED: January 20, 2006

JENNY, JENNY & JENNY
SCOTT E. JENNY
KRISTIN L. JENNY

By: _____
KRISTIN L. JENNY
Attorneys for Plaintiff Vickie D. Gorgone

DATED: January 21, 2006

GALTON & HELM LLP
DANIEL W. MAGUIRE
EDITH S. SHEA

By: _____
EDITH S. SHEA
Attorneys for Defendant and Cross-complainant The Guardian Life Insurance Company of America

## ORDER

IT IS ORDERED that the motion hearing date of March 3, 2006 be continued to June 30, 2006.

DATED: _____

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

5217/92280.1

3

Case No. C 05-01087 SI
STIPULATION AND [PROPOSED] ORDER